Simren K. Gill (California Bar Number 318288)
BRYAN CAVE LEIGHTON PAISNER LLP
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone: 310-576-2100
Fax:  (310) 576-2200
Email:  simren.gill@bclplaw.com

Christopher P. Galanek (*pending pro hac vice application*)
BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: 404-572-6600
Email:  chris.galanek@bclplaw.com

Attorneys for Plaintiff Justice Network LLC,
a Delaware Limited Liability Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTICE NETWORK LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BELLUM ENTERTAINMENT LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. 2:18-cv-05717<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**<br><br>**[Fed. R. Civ. P. 7.1, Local Rule 7.1-1]** |

11924855

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiff Justice Network LLC, a Delaware Limited Liability Company certifies based on current knowledge the following:  Justice Network LLC, a Delaware Limited Liability Company is a wholly-owned subsidiary of Cooper Holdings, Inc., a Georgia Corporation.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Justice Network LLC, A Delaware Limited Liability Company also certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Justice Network LLC, a Delaware Limited Liability Company:  Plaintiff

Bellum Entertainment LLC, a California Limited Liability Company:  Defendant

Dated:  June 28, 2018          **BRYAN CAVE LEIGHTON PAISNER LLP**

By:     */s/ Simren K. Gill*
          Simren K. Gill
          Christopher P. Galanek (*pending pro hac vice application*)
          Attorneys for Plaintiff Justice Network LLC

CORPORATION DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES